IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRY BROWN**                                                                                    **PLAINTIFF**

**VS.**                                            **4:07CV00485**

**ELECTROLUX HOME PRODUCTS, INC.**                                   **DEFENDANT**

## ORDER

Pursuant to the stipulation for dismissal filed on this date, docket # 7, Plaintiff's complaint is hereby dismissed with prejudice. The case is removed from the trial docket the week of March 17, 2008. The Clerk is directed to close the case.

IT IS SO ORDERED this 7th day of February, 2008.

_____
James M. Moody
United States District Judge